**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF OKLAHOMA**

**FILED**

MAR 21 2011

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Delmer B Garrett )
                          )
       Plaintiff, )
                          )
                          )
       vs )
                          ) §
1 Washington County Oklahoma )
2 James Weaver, Washington Co Court Clerk )
3 Carlotta Gordon, an individual )
4 Marjorie Parrish, Washington Co Clerk )
5 Gary A Deckard, Dist #1 Co Commissioner )
6 Linda D Herndon, Dist #2 Co Commissioner )
7 Mike Dunlap, Dist #3 Co Commissioner )
                          )
       Defendants. )
                          )

**11 CV - 168 GKF    TLW**

Case No. _____

---

**PETITION AND COMPLAINT IN THE NATURE OF A SUIT FOR DEPRIVATION
OF FEDERALLY PROTECTED RIGHTS 42 USC 1983
THE COMMON LAW WEALTH OF COMMON LAW FRAUD
UNDER DUE PROCESS: I WAS NEVER SERVED**

Action No. 1:

I, Delmer B Garrett, filed a publication with Washington County, because I had never been served, therefore nothing was done. Therefore I didn't have my day in court.

I'm bringing this action because I was never served under due process. I have a discrepancy on my property without being served, which is criminal trespassing by Washington County, and the perpetrator, Carlotta Gordon.

You will see by the paperwork that I was never served under due process. This is common law fraud. I'm asking relief from Washington County of $500.00 a day from when they were served the publication.

Page one of four

I'm asking relief from Carlotta Gordon of $1000.00 a day from when the falsified document was filed.

Filing falsified documents is a felony under Federal rules and under Oklahoma Statutes. I built a $129,000.00 home on this property back when I first bought this property. Evidence showing how long I've owned it is attached.

Action No. 2:

Washington County and the perpetrator worked together to file a falsified document without giving me my day in court. This is a felony, and they should be punished accordingly.

It is my understanding that I live in Washington County, but the hearing shown on the paperwork was held in Osage County. I was not invited to either place. I'm seeking relief, under the Title above, in the amount I've requested.

Action No. 3:

I want everyone that's involved to receive maximum sentence afforded by law. Filing falsified documents is a felony. My evidence shows you that I've owned the property all these years, and since I'm getting older, I had the abstract brought up to date, and found out the Innkeepers (Washington County) did not have my best interests at heart. They are supposed to protect me, not defraud me.

Sincerely Yours,

Delmer B Garrett

Exhibits:
A.  Southern Abstract Company, August 14, 2009
B.  Affidavit of Publication, October 6, 2010
C.  Judgement Against my Property
D.  Real Estate Tax Receipts

Page two of four

Washington County         )
                                 ) §
State of Oklahoma          )

BEFORE me, the undersigned, a Notary Public in and for said County and State on the ___21___ day of __March_____, 2011, personally appeared __Delmar Garrett___, to me known to be the identical person who executed the within and foregoing instrument and acknowledged to me that (executed the same as) a free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal of office the day and year last above written.

My commission expires ___10-19-13_____
                          #09008719

                                        _Kelli Salon_
                                     Notary Public

SEAL

I have this _21_ day of _March_, 2011, placed copies of the above document in the United States Postal system for delivery to the below listed individuals:

Carlotta Gordon
Rt 2
Ramona, OK 74061

Gary A Deckard, Washington Co. Commissioner, Dist #1
400 S Johnstone, Room 201
Bartlesville, OK 74003

Linda D Herndon, Washington Co. Commissioner, Dist #2
400 S Johnstone, Room 201
Bartlesville, OK 74003

Page three of four

Mike Dunlap, Washington Co. Commissioner, Dist #3
400 S Johnstone, Room 201
Bartlesville, OK 74003

Marjorie Parrish, Washington County Clerk
400 S Johnstone
Bartlesville, OK 74003

James Weaver, Washington County Court Clerk
400 S Johnstone
Bartlesville, OK 74003

As Secondary Parties:

Governor Mary Fallin
2300 N. Lincoln Blvd – Room 212
Oklahoma City, OK 73105

E. Scott Pruitt, Attorney General
313 NE 21st St
Oklahoma City, OK 73105

OSBI
6600 N Harvey Place
Oklahoma City, OK 73116

Sincerely yours,

Delmer B Garrett

35510 US 75
Ramona OKla
74051

Page four of four

<u>**AFFIDAVIT / RETURN OF SERVICE**</u>

DISTRICT COURT
WASHINGTON COUNTY, OK

## IN THE DISTRICT COURT IN AND FOR WASHINGTON COUNTY
## STATE OF OKLAHOMA

2006 FEB 16  P 1: 25

| | |
|---|---|
| CARLOTTA COLENE GARRETT,<br>Plaintiff, | Case No: FD-1994-469 |
| vs.<br>DWAYNE MARVIN GARRETT,<br>Defendant. | Honorable Judge David B. Gambill |

*Elizabeth Wiersig* DEPUTY

STATE OF OKLAHOMA    )
                     )ss.
COUNTY OF WASHINGTON )

I, <u>**JOE L. WHITE**</u>, OBA # *10521*, do hereby affirm that I am the *Attorney of Record* in and for the afore named Plaintiff, CARLOTTA COLENE GARRETT; and that on the 8th day of February 2006, I did serve the afore named Defendant <u>at his physical and mailing address of</u> <u>38510 US Hwy. 75, Ramona, Oklahoma 74061</u> by way of certified mail whose Certified Number is <u>7004-1350-0004-2060-6060</u>, *Please see attached mailing receipt.* The following documents were timely and lawfully served, *to-wit:*

    ☐  *Order Setting Pretrial Conference*

**AFFIANT SAYETH FURTHER NOT.**

          _____
          JOE L. WHITE, OBA # 10521

*Subscribed and Sworn before me, a Notary Public, on this* 9th *day of February 2006.*

          *Kandee White*
          Notary Public

KANDEE WHITE
NOTARY PUBLIC - STATE OF OKLAHOMA
WASHINGTON COUNTY
MY COMMISSION EXPIRES SEPTEMBER 28, 2008
COMMISSION # 00016394

My Commission Number: 00016394
My Commission Expires: 09-28-2008

| | | | |
|---|---|---|---|
| ☐ Service Fee  $ _____ | ☐ Mailing Fee  $ | $2.79 | |
| ☐ Milage Fee  $ _____ | ☐ **TOTAL FEES PAID** | $2.79 | |

IN THE DISTRICT COURT IN AND FOR WASHINGTON COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
WASHINGTON COUNTY, OK
FILED

2006 FEB -6  P 2: 58

CARLOTTA COLENE GARRETT,

*Plaintiff,*

MARTHA MERSCH
COURT CLERK

vs.

CASE NO. FD - 1994- 469   BY_____DEPUTY

HON.  JUDGE DAVID B. GAMBILL

DWAYNE MARVIN GARRETT,

*Defendants.*

## ORDER  SETTING  PRETRIAL  CONFERENCE

NOW ON THIS 30 day of January 2006, Petitioner's Application to Set Pretrial Conference comes on for hearing; and for good cause shown, same should be granted.

IT IS THEREFORE ORDERED that a Pretrial Conference is hereby set for the 27th day of Feb 2006, at the hour of 1:00 o'clock p .M. before Honorable Judge of the District Court in and for ~~Washington~~ Osage County, State of Oklahoma.  Said Pretrial Conference is to take place in Courtroom # 203 located on the 2nd floor of the ~~Washington~~ Osage County Courthouse located at ~~420 South Johnstone Avenue, Bartlesville, Oklahoma.~~ 600 Grandview Room 203, Osage County Courthouse, PAWhuska, Okla, before Judge B. David Gambill.

Petitioner is hereby Ordered to serve Notice to Respondent.

Dated this 30 day of Jan. 2006.

HON. JUDGE OF THE DISTRICT COURT

I, James R. Weaver, Court Clerk for Washington County, Oklahoma hereby certify that the foregoing is a true correct and full copy of the instrument herewith set out as appears of record in the Court Clerk's Offices in Washington County, Oklahoma this _____ day of _____ 20__
By_____ James R. Weaver
COURT CLERK

Prepared by:
JOE L. WHITE, P.C.
Joe L. White, OBA # 10521
1718 W. Broadway
Collinsville, Oklahoma 74021
Telephone: 918/371-2531
Facsimile: 918/371-3577
Counsel for Petitioner, Carlotta Garrett

Mailed Cert w/D Ret Rec - 2/8/06
7004 1350 0004 2060 6060 (KW)

COPY

**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
       COLLINSVILLE MPO
COLLINSVILLE OK 74021-9998
     02/08/06 02:13PM

re USPS          Trans   58
tn  sys5003      Cashier  KXGBOZ
ier's Name       JULIA
ck Unit Id       WINJULIA
Phone Number     800-275-8777
S #              3961360233

First Class              2.79
Destination:     74061
Weight:          0.40 oz.
Postage Type:    PVI
Total Cost:      2.79
Base Rate:       0.39
       SERVICES
Certified Mail           2.40
70041350000420608060
Priority Mail            6.40
Destination:     39429
Weight:          2 lb. 4.10 oz.
Postage Type:    PVI
Total Cost:      6.40
Base Rate:       6.40
Priority Mail            6.40
Destination:     37211
Weight:          2 lb. 1.00 oz.
Postage Type:    PVI
Total Cost:      6.40
Base Rate:       6.40
39c Nd LFlg PS100       39.00
39c Nd LFlg PS100       39.00
7.80 Ndn Lv TB Bk        7.80

total                  101.39
al                     101.39

sonal/ Business Check  101.39

er stamps at USPS.com/shop or call
00-Stamp24.  Go to
S.com/clicknship to print shipping
els with postage.  For other
ormation call 1-800-ASK-USPS.

ber of Items Sold: 6

       FREE package pickup
    from your home or office
Visit us at WWW.USPS.COM/PICKUP
```

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.39 |
| Certified Fee | 2.40 | |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 2.79 |

UNIT ID: 0233

Clerk: KXGBOZ

02/08/06

Sent To: Dwayne Garrett
Street, Apt. No.; or PO Box No. 38510 U.S. Hwy 75
City, State, ZIP+4 Ramona, OK. 74061

PS Form 3800, June 2002     See Reverse for Instructions

7004 1350 0004 2060 6060

IN THE DISTRICT COURT IN AND FOR WASHINGTON COUNTY,
STATE OF OKLAHOMA

CARLOTTA COLENE GARRETT,          )
                                  )
              Plaintiff,          )
                                  )
     vs.                          )    Case No. FD-94-469
                                  )
DWAYNE MARVIN GARRETT,            )
                                  )
              Defendant.          )

### JOURNAL ENTRY OF JUDGMENT AND DECREE OF DIVORCE

Now on this 13th day of December, 1995, this matter comes on for hearing, Plaintiff appearing in person and by and through counsel, Richard G. Harris, and pursuant to the agreement of the parties, the Defendant appearing not but by and through counsel, David B. King. Plaintiff requests a continuance of the trial of the merits of this matter to which the Defendant objects. The Court, upon the hearing of testimony from Plaintiff, finds that a divorce on the grounds of incompatibility should be awarded to Plaintiff in this matter, that Plaintiff should be restored to her former name, Carlotta Colene Gordon, and all other issues concerning the divorce in the above entitled cause shall be reserved for a trial on this matter to be heard on January 9, 1996.

The Court further finds and orders as follows:

1. All material facts alleged in Plaintiff's Petition are true.

2. The parties were legally married in Las Vegas, Nevada, on December 26, 1990, and have, with the exception of separation during the pendency of this proceeding, lived together as husband and wife.

3. Immediately prior to filing of the Petition herein, Plaintiff had been a resident in good faith of the State of Oklahoma for six (6) months and Washington County for thirty (30) days.

4. The Plaintiff is entitled to a decree of divorce from the Defendant on the grounds of incompatibility and a divorce is granted to Plaintiff on said grounds. Plaintiff is restored to her former name, Carlotta Colene Gordon.

5. All other issues in the above entitled cause are hereby reserved for trial of this matter on January 9, 1996.

_____
Judge of the District Court

ORIGINAL
Return To Court Clerk

**SUMMONS**
IN THE DISTRICT IN AND FOR WASHINGTON COUNTY
ROOM 212 - WASHINGTON COUNTY COURTHOUSE
BARTLESVILLE, STATE OF OKLAHOMA

CARLOTTA COLENE GARRETT,
                    Plaintiff(s)

vs.                                   Case No. FD-94-469

DWAYNE MARVIN GARRETT,
                    Defendant(s)

HARRIS, WHITEBREAD & CONE
Attorneys for Plaintiff
Richard G. Harris #3908
117 E. Frank Phillips Blvd.
Bartlesville, Ok. 74003
(918) 336 - 1377

To the above-named Defendant(s)

DWAYNE MARVIN GARRETT
401 S. Creek
Bartlesville, OK  74074

        You have been sued by the above named plaintiff(s), and you
are directed to file a written answer to the attached petition and
order in the court at the above address within twenty (20) days
after service of this summons upon you exclusive of the day of
service.  Within the same time, a copy of your answer must be
delivered or mailed to the attorney for the Plaintiff.  Unless you
answer the petition within the time stated judgment will be
rendered against you with costs of the action.

        Issued this ___5th___ day of ___November___, 1994.

                              ROSALIE COWAN
                              Court Clerk

                        By: _____,
                              Deputy Court Clerk

(Seal)

        This summons was served on _____
                                        (date of service)


                        _____
                        (Signature of person serving summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH
THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED
IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT
STATED IN THIS SUMMONS.


                    RETURN ORIGINAL FOR FILING


c:\wp51\harris\summons

Sheriff's Office – Return of Service

STATE OF OKLAHOMA          )
                           ) SS.
COUNTY OF WASHINGTON       )


I hereby certify and return that I received the attached SUMMONS
on 08 NOV 1994, and that I personally served DWAYNE MARVIN
GARRETT with a certified copy of said SUMMONS, at 19:05, on 09
NOV 1994, at 401  S    CREEK  BARTLESVILLE, OKLA, County of
WASHINGTON , State of OKLAHOMA.


FD-94-469


Dated at   . COUNTY OF WASHINGTON . STATE OF OKLAHOMA.
This 9th Day of NOVEMBER, 1994.

 Sheriff of WASHINGTON  County, State of OKLAHOMA.

By _____
DEPUTY MILLER, GARY

Admin No. 4721
Paper No. 9958
Service Fee          20.00


Jm 11·17·94

**IN THE DISTRICT COURT IN AND FOR WASHINGTON COUNTY**
**STATE OF OKLAHOMA**

DISTRICT COURT
WASHINGTON COUNTY, OK
FILED

2006 SEP -6  A 9: 13

JAMES R. WEAVER
COURT CLERK,
BY Elizabeth Merrig
DEPUTY

IN RE THE MARRIAGE OF:

CARLOTTA COLENE GARRETT,

      *Petitioner,*

vs.

DEWAYNE MARVIN GARRETT,

      *Respondent.*

Case No:   FD-1994-469

Honorable Judge David B. Gambill

---

### JOURNAL ENTRY OF JUDGEMENT
### FINAL DECREE FOR DISSOLUTION OF MARRIAGE
### (BY DEFAULT)

---

**NOW ON THE** 27th day of February 2006 the afore styled matter comes on for the scheduled pretrial hearing as same pertains to all issues inclusive of the division of all marital property; both real and personal. A Decree of Divorce having previously been entered herein on the 13th day of December 1995 with reservation of all other issues. Petitioner, Carlotta Colene Garrett, appears by and through her Counsel of Record, Joe L. White; and Respondent, Dewayne Garrett, appears not, although having been served with notice of this Pretrial setting; and additionally having previously designated himself as proceeding *pro se* and having informed this Court that He wanted to proceed *pro se* and haven declared to the Court that He was and is his Counsel of record in all matters before this Court.

I, James R. Weaver, Court Clerk for Washington County, Oklahoma
hereby certify that the foregoing is a true correct and full copy of
the instrument herewith set out as appears of record in the Court
Clerk's Offices in Washington County, Oklahoma this
_____ day of _____ 20___

_____    James R. Weaver
    Deputy        COURT CLERK

**ORIGINAL**

THE COURT FURTHER FINDS that  Respondent/Defendant , Dewayne Garrett, was lawfully served notice of this hearing, in writing, at 38510 U.S. Hwy 75, Ramona, Oklahoma 74061, via United States Certified Mail bearing tracking number <u>7004-1350-0004-2060-6060.</u>   The Court FURTHER FINDS that Respondent/Defendant, Dewayne Garrett, has not appeared although called within the Courthouse corridors and halls.

**THE COURT FURTHER FINDS** after having received and reviewed supporting proof of service that Respondent/Defendant, Dewayne Garrett was properly served with notice of this Pretrial and has failed and refused to appear before this Court as directed.  THEREFORE THE COURT FURTHER  FINDS that a default  Divorce should be entered in this matter in absence of Respondent / Defendant, Dewayne Garrett.

**THE COURT FURTHER FINDS** that in accordance with *Okla.Stat.tit 43* *§§ 102 and 103* this Court has jurisdiction over both parties and all issues pertaining to the dissolution of the parties marriage and division of all marital property.   FURTHER after review of all previous testimony, records and pleadings the Court Finds, Orders and Decrees as follows *to-wit:*

That the Parties' were lawfully married on or about the 26th  day of December 1991, at Las Vegas, NV., and that there have been no children born of the parties marriage and Petitioner / Plaintiff is not now pregnant.  That Petitioner / Plaintiff, Carlotta Colene Garrett, did file a Petition for Dissolution

of Marriage (Divorce) from Respondent / Defendant, Dewayne Marvin Garrett, on or about the 8th day of November 1994. Thereafter, a Dissolution of Marriage (Divorce) was awarded to both parties on or about the 13th day of December 1995 with the Court reserving all other issues inclusive of the division of marital property. That pursuant to *43 O.S. § 107.1,* more than ninety (90) days have passed since the Petition for Dissolution of Marriage (Divorce) and Summons was served upon Respondent. Further, the Court finds that Petitioner was and has been for more than six (6) months next preceding the filing of the Petition herein, a bona fide resident, in good faith, of the state of Oklahoma, and was for more that thirty (30) days prior to the filing of said Petition, an actual resident in good faith of Washington County, Oklahoma.

**THE COURT FURTHER FINDS** that the Respondent / Defendant, Dewayne Garrett, does not now, nor has he ever had, an interest in the real property described in that certain Notice of Lis Pendens, recorded with the County Clerk's Office of Washington County, Oklahoma on 21 October 2005 in book 1036 at Pages 248 - 272 (the "Les Pendens"). THEREFORE the *Lis Pendens,* including all affidavits and other supporting documentation filed with the Lis Pendens, is dissolved and shall be considered invalid and of no force and effect.

**THE COURT FURTHER FINDS** and **ORDERS, ADJUDGES and DECREES** that both Parties are entitled to, and were awarded an absolute

Dissolution of Marriage and Divorce one from the other, on the grounds of *irreconcilable incompatibility* on this the 13th day of December 1995. That the afore bonds of marriage that previously existed between the Parties were dissolved, set aside and held for naught, and both Parties were released form said union with reservation of all other issues.  THEREFORE THE COURT after review of all evidence presented and previously presented  FINDS, ADJUDGES, and DECREES that the Parties' personal and tangible property, has been previously and equitably divided.  However, the parties separate and jointly owned real property and royalty rights have not been established.  Thus the Court decrees the property be divided as follows, *to-wit:*

> Petitioner / Plaintiff Carlotta Colene Garrett, is awarded as her sole and separate property, free and clear of any claim, right, title or interest whatsoever of the Respondent / Defendant, Dewayne Marvin Garrett, the forty acres owned prior to her marriage to Respondent / Defendant, Dewayne Marvin Garrett that has remained her separate property throughout the duration of the parties marriage, more particularly described as the SW, SW of Section 22, Township 23 North, Range 13 E. of Washington County, State of Oklahoma, (forty acres more or less).

IT IS FURTHER ORDERED , ADJUDGED and DECREED that Petitioner / Plaintiff Carlotta Colene Garrett is awarded all of her personal property

acquired prior to the parties marriage and all personal property she has acquired during the parties marriage and all separately acquired property held in her name that is within her possession. Which includes but is not laminated to all of Her separate property acquired by her since the date of separation; all personal clothing and effects in her possession, and One Half (½) of the real property acquired during the parties marriage described as the *Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section twenty-two (22), Township twenty-three (23) North, Range thirteen (13) East, located in Washington County, State of Oklahoma; inclusive of one-half (½) of all mineral rights thereto;* AND one half of the two acres located within the *Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of Section Twenty-two (22), Township 23 North, Range 13 East,* Washington County, Oklahoma. More fully described as the W 417.5' of S 208.75' of W1/2 NW less W. 16.5' of Section 22 Township 23North, Range 13 E.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Petitioner / Plaintiff is to receive one-half (½) of all mineral rights and interests that have been remitted to Dewayne Marvin Garrett, if any, from the date the Petition for Decree was filed herein on the 8th day of November 1994 through the date of this decree of Divorce is filed of record.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Respondent, Dewayne Marvin Garrett, is awarded all of his sole and separately owned

<div align="center">Page 5</div>

personal property, free and clear of any claim, right, title or interest whatsoever

of the Petitioner / Plaintiff, CARLOTTA COLENE GARRETT.  Which shall

include all of his personal property acquired by him after the parties separation

and  prior to the parties  marriage, not otherwise awarded herein and all

separate property acquired by him since the date of separation; including all

personal clothing and effects, and

> One Half (½) of the real properties described as follows:
>
> *Southwest Quarter (SW/4) of the Northwest Quarter (NW/4) of*
>
> *Section twenty-two (22), Township twenty-three (23) North, Range*
>
> *Thirteen (13) East, located in Washington County, State of*
>
> *Oklahoma; inclusive of one-half (½) of all mineral rights that said*
>
> *property is entitled to; AND one half (½) of the two (1) acrres located*
>
> *with in the Southwest Quarter (SW/4) of the Northwest Quarter*
>
> *(NW/4) of Section Twenty-Two (22), Township Twenty Three, Range*
>
> *Thirteen East of Washington County.*

And all  other personal property which the Parties have exchanged, or was

ordered or agreed by the parties to be Respondent/Defendant, Dewayne Marvin

Garrett's separate property.

**THE COURT FURTHER ORDERED, ADJUDGED and DECREED** that

there are no joint debts of the parties known to this Court; therefore there is no

need for a division of said debts.  However, if it is determined that there are

debts disputed or that needs to be otherwise adjudicated or addressed by the Court either party may move the Court address such disputed debt claims.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREE** that the Petitioner / Plaintiff is hereby awarded her portion of any marital debt which She has incurred, and is further directed to indemnify Respondent, Dewayne Marvin Garrett, and hold him harmless of such debt, including but not limited to the following debts:

    i.    All personal debt acquired by her prior to the marriage;

    ii.    All separate debt acquired by her since the date of separation and divorce;

    iii.    One-half (½) of all debt jointly acquired during the term of marriage, if any;

    iv.    All other debt the parties agree upon.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that RESPONDENT, DEWAYNE GARRETT is hereby awarded as his portion of the marital debt, forever holding Petitioner, Carlotta Colene Garrett, harmless of such debt, the follows, *to-wit:*

    i.    All personal debt acquired by him prior to the marriage;

    ii.    All separate debt acquired by him since the date of separation;

    iii.    One-half (½) of all debt jointly acquired during the term of

marriage, if any;

iv.    All other debt the parties agree upon.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Notice of
Les Pendens recorded with the County Clerk's Office of Washington County,
Oklahoma on 21 October 2005, in book 1036 at pages 248 - 272 is hereby
dissolved and rendered invalid and of no further force and effect.  Any claim of
interest which Plaintiff Dewayne Garrett may have in and to the real property
described in such Notice of Lis Pendens is granted to Defendant, Carlotta
Gordon , and his hereby denied as same pertains to Dwayne Garrett.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Parties
warrant to each other that a full disclosure of all property owned and debts
owed, whether joint or individual, has been made and the division of property
and debt herein is based upon such disclosure and warranty.  Made in
consideration of this *Decree for Dissolution of Marriage (Decree of Divorce)*.
Therefore that  transfer of  property and the assumption debts that is herein  set
forth  shall deemed to occur and  all claims, right, title and interest that  accrued
from the marital relationship is hereby resolved.  In it is the direction of this
Court that the  Petitioner and Respondent are to hereby release all rights that he
or she may have acquired to property awarded to the other party unless
otherwise set forth within this Decree.  FURTHER, each party hereto is
prohibited to act in any

capacity in the estate of the other, or to act as Administrator or Executor of the Estate of the Other, and hereby waive any right of election to take against the will of the other pursuant to the laws of the State of Oklahoma.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Court's *FINDINGS and ORDERS* as herein stated, with respect to all matters therein set forth, shall be and the same is and are as ORDERED, ADJUDGED and DECREED as more fully set out in length herein and is hereby made the ORDER of this Court on this 31st day of _August_ 2006.

_____
HON. JUDGE DAVID B. GAMBILL,
JUDGE OF THE DISTRICT COURT

Prepared by:

JOE L. WHITE, OBA # 10521
JOE L. WHITE, P.C.
1718 West Broadway
Collinsville, Oklahoma 74021
(918) 371-2531, *Telephone*
(918) 371-3577, *Facsimile*
*Counsel for Petitioner, Carlotta Colene Garrett*

Page 9

*Exhibit A.*

# SOUTHERN ABSTRACT COMPANY
### PO Box 966 • 323 SE Dewey Ave
### Bartlesville, OK 74005-0966
### 918-336-7528

Delmer Garrett
395241 N 3000 Rd

Ochelata, Oklahoma  74051

August 14, 2009

**Invoice # 20090747**

---

Chain #39,420 Storage #S-12414


**Buyer/Owner:** Delmer Garrett

**Deliver to:** Delmer Garrett


**Date Delivered:** August 14, 2009




**Description:** SW¼ NW¼ Section 22, Township 23, Range 13E

jain

| | |
|---|---|
| OWNER'S POLICY | |
| LENDER'S POLICY | |
| DOCUMENT PREPARATION | |
| ABSTRACTING | $450.00 |
| FINAL ABSTRACTING | |
| SIGN UP FEE | |
| ESCROW FEE | |
| WIRE PROCESSING FEE | |
| ATTORNEY EXAM | |
| SHIPMENT PROCESSING FEE | |
| DOCUMENTARY STAMPS | |
| FILING FEES | |
| MORTGAGE TAX/CERTIFICATION | |
| COPIES | |
| SEARCH | |
| MORTGAGE INSPECTION CERTIFICATE/SURVEY | |
| ABSTRACTING DEPOSIT | ($450.00) |
| **TOTAL:** | **$ .00** |

*Southern Abstract...Progressive, Dedicated, Caring*

# AFFIDAVIT OF PUBLICATION

State of Oklahoma )
                   ) SS
County of Washington )

*Peggy Sanders*

of lawful age, being duly sworn and authorized, says that she is the legal advertising representative of the Examiner-Enterprise, Bartlesville, Okla., 74006

a Daily newspaper printed in the City of Bartlesville, Washington County, Oklahoma, a newspaper qualified to publish legal notices, advertisements and publications as provided in Section 106 of Title 25, Oklahoma Statutes 1971 as amended, and complies with all other requirements of the laws of Oklahoma with reference to legal publications.

That said notice, a true copy of which is attached herto, was published in the regular edition of said newspaper during the period and time of publication and not in supplement, on the following dates:

October 6 , 2010

Notary Public Oklahoma
OFFICIAL SEAL
CHRISTY SUMMERS
WASHINGTON COUNTY
COMMISSION #02000565
Comm. Exp. 02-14-2014

*Peggy Sanders*
Legal Advertising Representative

Subscribed and sworn to before me this _14th_

day of _March_ , _2011_

*Christy Summers*

My Commission expires, _Feb 14, 2014_

Publisher's fee: _$51.00_

Examiner-Enterprise Number _307687_

Legal Notice
Case CS-09-925

In regard to Case # TP-1994-469. This was a Washington County case. Venue was not changed but was heard in Osage County on 30 Jan 2006. Judgement was rendered out of venue against Delmer B Garret who was never served in this matter.

Paid for by Dwayne Garret

```
+------------------------------------------------------------------------+
| Account              376 | 1997| 1997/1997     369.0000| Date 03/09/2011 |
|  Geo No 2223N13E00000-000000 +-----+------------+--------+----------------+
| Owner GARRETT, RUTH V          |Pd. 02/02/1998| Taxable Val      8,023 |
| Name  ROUTE 1 BOX 1481         |        628.31 |- Exemptions     1,000 |
|       RAMONA OK        74061    |   16099.0002 |Non Ex Value      7,023 |
|                                +--------------+-+----------------------+
|Legal SECTION 22 TWNSHP 23N RANGE 13E       | If Paid By 05/15/2002 |
|      W 417.5' OF S 208.75' OF W 1/2        |                        |
|      NW LESS W 16.5' TO H/W:               |Total Due               |
|------------------------------------+-----------------------+
| Payor                    *** See History *** |  If Paid By 06/15/2002 |
| Status                                    |                        |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due         |
|C 001 GENERAL FUND        10.00000|       70.23 +---------------------+
|      HEALTH FUND          2.50000|       17.56 | If Paid By 07/15/2002 |
|S 018 GENERAL FUND        35.00000|      245.81 |                        |
|      BUILDING FUND        5.00000|       35.12 |Total Due               |
|      SINKING FUND        16.64000|      116.86 +---------------------+
|      FOUR MILL            4.00000|       28.09 | If Paid By 08/15/2002 |
|V 001 GENERAL FUND        10.00000|       70.23 |                        |
|Page  1 of  2 --------------------+            619.02 |Total Due         |
|Prior Year Taxes Owed*   Total Taxes+-----------------------------------+
|<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

Exhibit D

Case 4:11-cv-00168-GKF-tlw   Document 1 Filed in USDC ND/OK on 03/21/11   Page 23 of 49

```
+-----+--------------------------------+-------+------+-----------+------------+-------------------+
|  Account                        376 | 1998| 1998/1998 |  369.0000| Date 03/09/2011 |
|   Geo No 2223N13E00000-000000    +-----+------+-----------+--------+-------------------+
| Owner GARRETT, RUTH V            |Pd. 03/15/1999| Taxable Val         8,023 |
| Name   ROUTE 1 BOX 1481          |              |- Exemptions         1,000 |
|        RAMONA OK        74061    |   17348.0002 |Non Ex Value         7,023 |
|                                  +--------------+--+----------------------+
| Legal SECTION 22 TWNSHP 23N RANGE 13E        |  If Paid By 03/15/2003 |
|       W 417.5' OF S 208.75' OF W 1/2         |                        |
|       NW LESS W 16.5' TO H/W:                |Total Due               |
+----------------------------------------------+------------------------+
| Payor                        *** See History *** |  If Paid By 04/15/2003 |
| Status                                           |                        |
+-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due          |
|C 001 GENERAL FUND         10.00000|      70.23 +-----------------------+
|      HEALTH FUND           2.50000|      17.56 |  If Paid By 05/15/2003 |
|S 018 GENERAL FUND         35.00000|     245.81 |                        |
|      BUILDING FUND         5.00000|      35.12 |Total Due               |
|      SINKING FUND         19.20000|     134.84 +-----------------------+
|      FOUR  MILL            4.00000|      28.09 |  If Paid By 06/15/2003 |
|V 001 GENERAL FUND         10.00000|      70.23 |                        |
|                                   |     637.00 |Total Due               |
| Page  1 of  2 ----------------------+-------------+-----------------------+
| Prior Year Taxes Owed*    Total Taxes+
<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

Case 4:11-cv-00168-GKF-tlw    Document 1 Filed in USDC ND/OK on 03/21/11    Page 24 of 49

```
 Account               376 | 1999| 1999/1999     368.0000| Date 03/09/2011 |
   Geo No 2223N13E00000-000000 +-----+-------------+--------+----------------+
 Owner GARRETT, DELMER B & RUTH V  |Pd. 07/24/2000| Taxable Val      8,023 |
 Name  ROUTE 1 BOX 1481            |       604.87 |- Exemptions       1,000 |
       RAMONA OK           74061   | 44675.0002 |Non Ex Value       7,023 |
                                   +-------------+-+----------------+
 Legal SECTION 22 TWNSHP 23N RANGE 13E           |   If Paid By 06/15/2003 |
       W 417.5' OF S 208.75' OF W 1/2            |                         |
       NW LESS W 16.5' TO H/W:                   |Total Due                |
 ------------------------------------------------+-------------------------+
 Payor                       *** See History *** |   If Paid By 07/15/2003 |
 |Status                                         |                         |
 -Taxing Units------Value/Units---Rate-+------Taxes---+Total Due            |
 C 001 GENERAL FUND        10.00000|       70.23 +-------------------------+
       HEALTH FUND          2.50000|       17.56 |   If Paid By 08/15/2003 |
 S 018 GENERAL FUND        35.00000|      245.81 |                         |
       BUILDING FUND        5.00000|       35.12 |Total Due                |
       SINKING FUND         6.44000|       45.23 +-------------------------+
       FOUR MILL            4.00000|       28.09 |   If Paid By 09/15/2003 |
 V 001 GENERAL FUND        10.00000|       70.23 |                         |
 Page  1 of  2 ---------------------+      547.39 |Total Due                |
 Prior Year Taxes Owed*    Total Taxes+-------------+-------------------------+
 <F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

```
+-------------------------------------------------------+----------+---------------------------+
| Account                        376 | 2000| 2000/2000     368.0000| Date 03/09/2011 |
|   Geo No 2223N13E00000-000000 +-----+-------------+--------+-------+------------------+
| Owner  GARRETT, DELMER B & RUTH V  |Pd. 01/31/2001| Taxable Val        8,023 |
| Name   ROUTE 1 BOX 1481            |              |- Exemptions       1,000 |
|        RAMONA OK           74061   | 18419.0002 |Non Ex Value       7,023 |
|                                    +--------------+--------------------------+
| Legal SECTION 22 TWNSHP 23N RANGE 13E           | If Paid By 05/15/2005   |
|       W 417.5' OF S 208.75' OF W 1/2            |                          |
|       NW LESS W 16.5' TO H/W:                   |Total Due                 |
|-------------------------------------------------+--------------------------+
| Payor                    *** See History ***    | If Paid By 06/15/2005   |
|Status                                           |                          |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due              |
|C 001 GENERAL FUND         10.00000|      550.96 +------------------------+
|      HEALTH FUND           2.50000|       17.56 | If Paid By 07/15/2005   |
|S 018 GENERAL FUND         35.00000|      245.81 |                         |
|      BUILDING FUND         5.00000|       35.12 |Total Due                |
|      SINKING FUND          5.79000|       40.66 +-------------------------+
|      FOUR  MILL            4.00000|       28.09 | If Paid By 08/15/2005   |
|V 001 GENERAL FUND         10.00000|       70.23 |                         |
|Prior Year Taxes Owed*    Total Taxes+------------+Total Due                |
+Page  1 of  2 -----------------------+      542.82 |                        |
```

<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due

Case 4:11-cv-00168-GKF-tlw   Document 1 Filed in USDC ND/OK on 03/21/11   Page 26 of 49

```
+-----+----------------------------------+-----+------+--------+----------------------------+
|     | Account                376 | 2001| 2001/2001        368.0000| Date 03/09/2011  |
|     | Geo No 2223N13E00000-000000 +-----+------+--------+---------------------------+
| Owner GARRETT, DELMER B & RUTH V    |Pd. 01/02/2003| Taxable Val         8,023 |
| Name   ROUTE 1 BOX 1481             |              |- Exemptions         1,000 |
|        RAMONA OK          74061     | 13743.0002 |Non Ex Value          7,023 |
|                                     +--------------+-----------------------------+
| Legal SECTION 22 TWNSHP 23N RANGE 13E              |   If Paid By 03/15/2011  |
|       W 417.5' OF S 208.75' OF W 1/2               |                           |
|       NW LESS W 16.5' TO H/W:                      |Total Due                  |
|----------------------------------------------------+---------------------------+
| Payor                        *** See History ***   |   If Paid By 04/15/2011  |
| Status                                             |                           |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due                  |
|C 001 GENERAL FUND        10.00000|       70.23 +---------------------------+
|      HEALTH FUND          2.50000|       17.56 |   If Paid By 05/15/2011  |
|S 018 GENERAL FUND        35.00000|      245.81 |                           |
|      BUILDING FUND        5.00000|       35.12 |Total Due                  |
|      SINKING FUND         6.06000|       42.56 +---------------------------+
|      FOUR  MILL           4.00000|       28.09 |   If Paid By 06/15/2011  |
|V 001 GENERAL FUND        10.00000|       70.23 |                           |
|                                          544.72 |Total Due                  |
+Page  1 of  2 -----------------------+------------+---------------------------+
|Prior Year Taxes Owed*    Total Taxes+------------+---------------------------+
```

<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due

Case 4:11-cv-00168-GKF-tlw   Document 1 Filed in USDC ND/OK on 03/21/11   Page 27 of 49

```
+------------------------------------------+-----+-------------+---------+----------------------+
| Account              376 | 2002| 2002/2002    366.0000| Date 03/09/2011 |
|   Geo No 2223N13E00000-000000 +-----+-------------+--------+----------------------+
| Owner GARRETT, DELMER B & RUTH V    |Pd. 10/08/2003| Taxable Val        8,023 |
|Name   ROUTE 2 BOX 1481              |          702.26 |- Exemptions       1,000 |
|       RAMONA OK        74061        |    25440.0001 |Non Ex Value       7,023 |
|                                     +-------------+-+----------------------+
|Legal SECTION 22 TWNSHP 23N RANGE 13E               |   If Paid By 03/15/2011 |
|      W 417.5' OF S 208.75' OF W 1/2                 |                         |
|      NW LESS W 16.5' TO H/W:                        |Total Due                |
|----------------------------------------------------+------------------------+
| Payor                     *** See History *** |   If Paid By 04/15/2011 |
|Status      IV INDIVIDUAL CERT.                      |                         |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due               |
|C 001 GENERAL FUND          10.00000|       70.23 +------------------------+
|      HEALTH FUND            2.50000|       17.56 |   If Paid By 05/15/2011 |
|S 018 GENERAL FUND          35.00000|      245.81 |                         |
|      BUILDING FUND          5.00000|       35.12 |Total Due                |
|      SINKING FUND          14.79000|      103.87 +------------------------+
|      FOUR  MILL             4.00000|       28.09 |   If Paid By 06/15/2011 |
|V 001 GENERAL FUND          10.00000|       70.23 |                         |
|                                    |      606.03 |Total Due                |
|+Page  1 of  2 --------------------+------------+------------------------+
|Prior Year Taxes Owed*    Total Taxes+-------------+------------------------+
|<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

Case 4:11-cv-00168-GKF-tlw Document 1 Filed in USDC ND/OK on 03/21/11 Page 28 of 49

```
+------------------------------------------------------+--------------------------+
|  Account              376 | 2003| 2003/2003   366.0000| Date 03/09/2011  |
|   Geo No 2223N13E00000-000000 +-----+--------------+--------+------------+
| Owner GARRETT, DELMER B & RUTH V      |Pd. 10/06/2004| Taxable Val       8,023 |
| Name  ROUTE 2 BOX 1481                |          629.02 |- Exemptions      1,000 |
|       RAMONA OK           74061       |   12349.0001 |Non Ex Value       7,023 |
|                                       +--------------+-+------------------------+
|Legal SECTION 22 TWNSHP 23N RANGE 13E              |   If Paid By 03/15/2011 |
|      W 417.5' OF S 208.75' OF W 1/2               |                         |
|      NW LESS W 16.5' TO H/W:                      |Total Due                |
|---------------------------------------------------+-------------------------+
| Payor                            *** See History *** |   If Paid By 04/15/2011 |
| Status                                               |                         |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due                |
|C 001 GENERAL FUND          10.00000|       70.23 +------------------------+
|      HEALTH FUND            2.50000|       17.56 |   If Paid By 05/15/2011 |
|S 018 GENERAL FUND          35.00000|      245.81 |                         |
|      BUILDING FUND          5.00000|       35.12 |Total Due                |
|      SINKING FUND          11.56000|       81.19 +------------------------+
|      FOUR  MILL             4.00000|       28.09 |   If Paid By 06/15/2011 |
|V 001 GENERAL FUND          10.00000|       70.23 |                         |
|                                    +------------- +Total Due                |
|+Page  1 of  2 ---------------------+      583.35 +------------------------+
| Prior Year Taxes Owed*    Total Taxes+-------------+------------------------+
```

<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due

```
+-------------------------------+-----+------------------------+-------------CB014+
 Account                    376 | 2004| 2004/2004    12113.0000| Date 03/09/2011 |
  Geo No 2223N13E00000-000000 +-----+-------------+--------+----------------+
 Owner GARRETT, DELMER B & RUTH V    |Pd. 01/18/2005| Taxable Val          8,023 |
 Name  38510    US 75 HWY            |       592.46 |- Exemptions          1,000 |
       RAMONA                        |    7016.0003 |Non Ex Value          7,023 |
       OK                     74061  +-------------+-+-------------------------+
 Legal W 417.5'' OF S 208.75'' OF W 1/2                |  If Paid By 06/15/2007 |
       NW LESS W 16.5'' TO H/W:                       |                        |
       IV REDEEMED 09/13/05                           |Total Due               |
------------------------------------------------------+------------------------+
 Payor                         *** See History ***    |  If Paid By 07/15/2007 |
 Status                                               |                        |
-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due               |
 C 001 GENERAL FUND            10.00000|        70.23 +------------------------+
       HEALTH FUND              2.50000|        17.56 |  If Paid By 08/15/2007 |
 S 018 GENERAL FUND            35.00000|       245.81 |                        |
       BUILDING FUND            5.00000|        35.12 |Total Due               |
       SINKING FUND            11.61000|        81.54 +------------------------+
       FOUR  MILL               4.00000|        28.09 |  If Paid By 09/15/2007 |
 I 018 SCH        FUND 01        .00000|              |                        |
+Page  1 of  2 ------------------------+       583.70 |Total Due               |
 Prior Year Taxes Owed*      Total Taxes+-------------+------------------------+
 <F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

Case 4:11-cv-00168-GKF-tlw   Document 1 Filed in USDC ND/OK on 03/21/11   Page 30 of 49

```
+-----------------------------------------+----------------+---------+------------------+
| Account                   376 | 2005| 2005/2005    16619.0000| Date 03/09/2011 |
|   Geo No 2223N13E00000-000000 +-----+----------------+--------+------------------+
| Owner GARRETT, DELMER B & RUTH V    |Pd. 10/30/2006| Taxable Val       8,105 |
| Name  38510   US 75 HWY             |          650.38 |- Exemptions       1,000 |
|       RAMONA                        |     25123.0001 |Non Ex Value       7,105 |
|       OK              74061         +----------------+------------------------+
| Legal W 417.5' OF S 208.75' OF W 1/2              |   If Paid By 03/15/2011 |
|       NW LESS W 16.5' TO H/W:  Sec:22             |                         |
|       Twnshp:23N Range:13E                        |Total Due                |
+---------------------------------------------------+-------------------------+
| Payor                          *** See History *** |   If Paid By 04/15/2011 |
| Status                                             |                         |
+-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due               |
| C 001 GENERAL FUND        10.00000|        71.05 +------------------------+
|       HEALTH FUND          2.50000|        17.76 |   If Paid By 05/15/2011 |
| S 018 GENERAL FUND        35.00000|       248.68 |                         |
|       BUILDING FUND        5.00000|        35.53 |Total Due                |
|       SINKING FUND         5.72000|        40.64 +------------------------+
|       FOUR  MILL           4.00000|        28.42 |   If Paid By 06/15/2011 |
| I 018 SCH       FUND 01     .00000|              |                         |
+Page  1 of  2 ---------------------+      548.66 |Total Due                |
|Prior Year Taxes Owed*     Total Taxes+-----------+------------------------+
<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

Case 4:11-cv-00168-GKF-tlw   Document 1 Filed in USDC ND/OK on 03/21/11   Page 31 of 49

```
+------------------------------------------------------------------CB014+
|  Account              376 | 2006| 2006/2006   23934.0000| Date 03/09/2011 |
|   Geo No 2223N13E00000-000000 +-----+----------------+--------+-----------------+
| Owner GARRETT, DELMER B & RUTH V   |Pd. 12/31/2007| Taxable Val      8,105 |
|Name   38510   US 75 HWY            |              |- Exemptions     1,000 |
|       RAMONA                       | 26324.0001 |Non Ex Value     7,105 |
|       OK            74061          +--------------+--+-----------------------+
|Legal W 417.5' OF S 208.75' OF W 1/2          |   If Paid By 03/15/2011 |
|      NW LESS W 16.5' TO H/W: 1.92 AC         |                          |
|      Sec:22 Twnshp:23N Range:13E             |Total Due                 |
|------------------------------------------------------+-----------------------+
| Payor                      *** See History ***  |   If Paid By 04/15/2011 |
| Status       CH COUNTY HELD                  |                          |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due               |
|C 001 GENERAL FUND           10.00000|        71.05 +-----------------------+
|      HEALTH FUND             2.50000|        17.76 |   If Paid By 05/15/2011 |
|S 018 GENERAL FUND          35.00000|       248.68 |                          |
|      BUILDING FUND          5.00000|        35.53 |Total Due                 |
|      SINKING FUND           7.69000|        54.64 +-----------------------+
|      FOUR  MILL             4.00000|        28.42 |   If Paid By 06/15/2011 |
|I 018 SCH       FUND 01       .00000|              |                          |
|                                    |       562.66 |Total Due                 |
|Page  1 of  2 ----------------------+--------------+-----------------------+
|Prior Year Taxes Owed*    Total Taxes+
 <F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

Case Case 4:09 0:10 cv-00083-CKF-tlw Document 1 Filed in USDC ND/OR 06/09/11 Page 32 of 49

WASHINGTON COUNTY TREASURER
**BRAD JOHNSON**

**Taxpayer Copy**

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

| Breakdown | Mills | Amount |
|---|---|---|
| COUNTY GENERAL | 10.00 | 71.05 |
| COUNTY HEALTH | 2.50 | 17.76 |
| VO-TECH GENERAL | 10.00 | 71.05 |
| VO-TECH BUILDING | 5.00 | 35.53 |
| VO-TECH SINKING | | |
| COUNTY WIDE 4-MIL | 4.00 | 28.42 |
| SCHOOL DIST GEN. | 35.00 | 248.68 |
| SCHOOL DIST BLDG | 5.00 | 35.53 |
| SCHOOL DIST SINK. | 6.63 | 47.11 |
| TOTALS | 78.13 | 555.13 |

JJW

CANEY VALLEY RURAL I-18

**Real Estate**

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2007 | 376 |

| | Values |
|---|---|
| Gross Assessed | 8,105 |
| Exemptions | 1,000 |
| Net Assessed | 7,105 |
| Total Tax | **555.13** |
| Total Tax Payments | 555.13 |

**None Due** | **$0.00**

Legal Description:
38510 US 75
1.92 Acres
W 417.5' OF S 208.75' OF W 1/2 NW LESS W 16.5' TO H/W: 1.92 AC
Sec:22 Twnshp:23N Range:13E

38510 US 75

Owner 7540858

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

---

Retain this portion for your records or when paying in person bring entire statement

---

**BRAD JOHNSON**

WASHINGTON COUNTY TREASURER

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

**First Half Paid**
Real Estate
**Tax Receipt**

38510 US 75

1.92 Acres
W 417.5' OF S 208.75' OF W 1/2 NW LESS W 16.5' TO H/W: 1.92
AC Sec:22 Twnshp:23N Range:13E

Owner 7540858

2010R

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

Enter Address Changes Here

First Half Paid

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2007 | 376 |

Payment Enclosed

| Payments | |
|---|---|
| Total Tax Due | 555.13 |
| | |
| | |
| | |
| Payment | 277.57 |
| Tax Balance Due | 277.56 |

Payment on 12/31/08 with CASH
on Receipt 0 for Taxes
Garrett, Delmer B & Ruth V

W  M  Deputy _____

---

**Second Half Paid**
Real Estate
**Tax Receipt**

**BRAD JOHNSON**

WASHINGTON COUNTY TREASURER

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

38510 US 75

1.92 Acres
W 417.5' OF S 208.75' OF W 1/2 NW LESS W 16.5' TO H/W: 1.92
AC Sec:22 Twnshp:23N Range:13E

Owner 7540858

2010R

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

Enter Address Changes Here

Second Half Paid

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2007 | 376 |

Payment Enclosed

| Payments | |
|---|---|
| 2nd Half Tax | 277.56 |
| Penalty | 33.31 |
| Mail | 10.32 |
| Advertising | 10.00 |
| Total | 331.19 |
| Payment | 331.19 |
| Tax Balance Due | |

Payment on 12/11/08 with CASH
on Receipt 100229 for Taxes
GARRETT, DELMER B & RUTH V

W  M  Deputy _____

Run: 3/08/11  9:47:53        DELINQUENT TAX. Late PENALTY Is 1.5% per month until Paid.

Make Checks Payable to: GKF_tlw  49

**Taxpayer Copy**

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2008 | 376 |

**WASHINGTON COUNTY TREASURER**
**BRAD JOHNSON**

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

| Breakdown | Mills | Amount |
|---|---|---|
| COUNTY GENERAL | 10.00 | 71.05 |
| COUNTY HEALTH | 2.50 | 17.76 |
| VO-TECH GENERAL | 10.00 | 71.05 |
| VO-TECH BUILDING | 5.00 | 35.53 |
| COUNTY WIDE 4-MIL | 4.00 | 28.42 |
| SCHOOL DIST GEN. | 35.00 | 248.68 |
| SCHOOL DIST BLDG | 5.00 | 35.53 |
| SCHOOL DIST SINK. | 6.13 | 43.55 |
| TOTALS | 77.63 | 551.57 |

| | Values |
|---|---|
| Gross Assessed | 8,105 |
| Exemptions | 1,000 |
| Net Assessed | 7,105 |
| **Total Tax** | **551.57** |
| Total Tax Payments | 551.57 |

JJW

**None Due** | **$0.00**

38510 US 75          22-23N-13E

CANEY VALLEY RURAL I-18

**Real Estate**

Legal Description:
38510 US 75
W 417.5' OF S 208.75' OF W 1/2 NW LESS W 16.5' TO H/W: 1.92 AC
Sec:22 Twnshp:23N Range:13E

Owner   376

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

---

Retain this portion for your records or when paying in person bring entire statement

---

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2008 | 376 |

**BRAD JOHNSON**

**WASHINGTON COUNTY TREASURER**

**Real Estate**
38510 US 75

---

**PAID IN FULL**
**Real Estate**
**Tax Receipt**
38510 US 75

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2008 | 376 |

**BRAD JOHNSON**

**WASHINGTON COUNTY TREASURER**

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

W 417.5' OF S 208.75' OF W 1/2 NW LESS W 16.5' TO H/W: 1.92
AC Sec:22 Twnshp:23N Range:13E

Payment Enclosed

| Payments | |
|---|---|
| Total Tax Due | 551.57 |
| Penalty | 206.84 |
| Mail | 10.54 |
| Advertising | 10.00 |
| Total | 778.95 |
| Payment | 778.95 |
| Tax Balance Due | |

Owner   376

2010R

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

Enter Address Changes Here

PAID IN FULL

Payment on  2/14/11 with CHECK
on Receipt 48207 for Taxes
GARRETT, DELMER B & RUTH V
Check# 3092

W  M  Deputy_____

Run: 3/09/11  9:47:53          DELINQUENT TAX. Late PENALTY is 1.5% per month until Paid.

CASE CHECKS PAYABLE GKF-tlw    Document 1 Filed in USDC ND/OK on 03/21/12 Page 34

**WASHINGTON COUNTY TREASURER**
**BRAD JOHNSON**

**Taxpayer Copy**

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2009 | 376 |

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

| Breakdown | Mills | Amount |
|---|---|---|
| COUNTY GENERAL | 10.00 | 71.12 |
| COUNTY HEALTH | 2.50 | 17.76 |
| VO-TECH GENERAL | 10.00 | 71.05 |
| VO-TECH BUILDING | 5.00 | 35.53 |
| COUNTY WIDE 4-MIL | 4.00 | 28.42 |
| SCHOOL DIST GEN. | 35.00 | 248.68 |
| SCHOOL DIST BLDG | 5.00 | 35.53 |
| SCHOOL DIST SINK. | 6.18 | 43.91 |
| TOTALS | 77.68 | 552.00 |

| | Values |
|---|---|
| Gross Assessed | 8,105 |
| Exemptions | 1,000 |
| Net Assessed | 7,105 |
| Total Tax | **552.00** |
| Total Tax Payments | 552.00 |

38510 US 75 HWY

22-23N-13E

JJW

**None Due**    **$0.00**

CANEY VALLEY RURAL I-18

**Real Estate**

Owner    376

Legal Description:
38510 US 75 HWY
W 417.5' OF S 208.75' OF W 1/2 NW LESS W 16.5' TO H/W: 1.92 AC
Sec:22 Twnshp:23N Range:13E

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

Retain this portion for your records or when paying in person bring entire statement

---

**BRAD JOHNSON**

**Real Estate**
38510 US 75 HWY

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2009 | 376 |

**WASHINGTON COUNTY TREASURER**

---

**PAID IN FULL**
**Real Estate**
**Tax Receipt**
38510 US 75 HWY

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2009 | 376 |

**BRAD JOHNSON**

**WASHINGTON COUNTY TREASURER**

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

Payment Enclosed

| Payments | |
|---|---|
| Total Tax Due | 552.00 |
| | |
| | |
| Total | 552.00 |
| Payment | 552.00 |
| Tax Balance Due | |

W 417.5' OF S 208.75' OF W 1/2 NW LESS W 16.5' TO H/W: 1.92
AC Sec:22 Twnshp:23N Range:13E

Owner    376

2010R

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

Enter Address Changes Here

**PAID IN FULL**

Payment on 12/03/09 with CASH
on Receipt 4102 for Taxes
GARRETT, DELMER B & RUTH V

Run: 3/09/11  9:47:53

DELINQUENT TAX. Late PENALTY is 1.5% per month until Paid.

W M  Deputy_____

Case Made Payable to CKF-tlw    Document Filed in USDC ND/OK on 03/21/11    Page 35 of 49

**Taxpayer Copy**

WASHINGTON COUNTY TREASURER
**BRAD JOHNSON**

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

| Breakdown | Mills | Amount |
|---|---|---|
| COUNTY GENERAL | 10.44 | 85.11 |
| COUNTY HEALTH | 2.61 | 21.15 |
| VO-TECH GENERAL | 10.44 | 84.62 |
| VO-TECH BUILDING | 5.22 | 42.31 |
| COUNTY WIDE 4-MIL | 4.17 | 33.80 |
| SCHOOL DIST GEN. | 36.74 | 297.78 |
| SCHOOL DIST BLDG | 5.25 | 42.55 |
| SCHOOL DIST SINK. | 6.13 | 49.68 |
| TOTALS | 81.00 | 657.00 |

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2010 | 376 |

| | Values |
|---|---|
| Gross Assessed | 8,105 |
| Exemptions | 0 |
| Net Assessed | 8,105 |
| Total Tax | 657.00 |
| Total Tax Payments | 0.00 |

Penalty thru 3/15/11 $19.71

38510 US 75 HWY (1.92 Acres)    22-23N-13E

CANEY VALLEY RURAL I-1    JJW

**Real Estate**

**Total Due** $676.71

Legal Description:
38510 US 75 HWY (1.92 Acres)
W 417.5' OF S 208.75' OF W 1/2 NW LESS W 16.5' TO H/W: 1.92 AC
Sec:22 Twnshp:23N Range:13E

Owner  376

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

Retain this portion for your records or when paying in person bring entire statement

---

**BRAD JOHNSON**
WASHINGTON COUNTY TREASURER

**Real Estate**
38510 US 75 HWY (1.92 Acres)

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2010 | 376 |

---

**Full Payment**
Real Estate
**Delinquent Tax**
38510 US 75 HWY (1.92 Acres)

**BRAD JOHNSON**
WASHINGTON COUNTY TREASURER

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

W 417.5' OF S 208.75' OF W 1/2 NW LESS W 16.5' TO H/W: 1.92
AC Sec:22 Twnshp:23N Range:13E

Owner  376

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

Enter Address Changes Here

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2010 | 376 |

Payment Enclosed

| Payments | |
|---|---|
| Tax | 657.00 |
| Penalty | 19.71 |
| Mail | |
| Lien | |
| Advertising | |
| Other | |
| Total | 676.71 |

Return this stub with
FULL payment

Run: 3/09/11  9:47:53    DELINQUENT TAX. Late PENALTY is 1.5% per month until Paid.    W M Deputy_____

```
+------------------------------------------+------------+-----------------------+
| Account            374 | 1997| 1997   367.0000| Date 03/09/2011 |
|  Geo No 2223N13E00000-000000 +-----+-----| 10/1997 -----+-----------------+
|,Owner GARRETT, RUTH V          |Pd. 02/02/1998| Taxable Val        874 |
|Name  ROUTE 1 BOX 1481          |      78.20  |- Exemptions           |
|      RAMONA OK       74061      |  16099.0003 |Non Ex Value        874 |
|                                 +-------------+-+---------------------+
|Legal SECTION 22 TWNSHP 23N RANGE 13E      |   | If Paid By 05/15/2002 |
|      SW NW LESS 1.92 A IN SW SW NW:       |   |                       |
|                                           |   |Total Due              |
|-------------------------------------------|---+-----------------------+
| Payor                  *** See History ***|   | If Paid By 06/15/2002 |
|,Status                                    |   |                       |
|-Taxing Units------Value/Units---Rate-+----|Taxes---+Total Due         |
|C 001 GENERAL FUND     10.00000|    8.74 +-----------------------------+
|      HEALTH FUND       2.50000|    2.19 | If Paid By 07/15/2002 |
|S 018 GENERAL FUND     35.00000|   30.59 |                       |
|      BUILDING FUND     5.00000|    4.37 |Total Due              |
|      SINKING FUND     16.64000|   14.54 +-----------------------+
|      FOUR MILL         4.00000|    3.50 | If Paid By 08/15/2002 |
|V 001 GENERAL FUND     10.00000|    8.74 |                       |
|Page  1 of  2 ------------------------+   77.04 |Total Due             |
|                        Total Taxes+-------------+---------------------+
<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

Exhibit D.

Case 4:11-cv-00168-GKF-tlw   Document 1 Filed in USDC ND/OK on 03/21/11   Page 37 of 49

```
+------------------------------------------------------+--------------------------+
|  Account                 374 | 1998| 1998/1998     367.0000| Date 03/09/2011 |
|    Geo No 2223N13E00000-000000 +-----+---------------+--------+----------------+
|  Owner GARRETT, RUTH V             |Pd. 03/15/1999| Taxable Val          874 |
| Name  ROUTE 1 BOX 1481             |              |- Exemptions              |
|       RAMONA OK          74061     | 17348.0001 |Non Ex Value          874 |
|                                    +---------------+--------------------------+
| Legal SECTION 22 TWNSHP 23N RANGE 13E         | If Paid By 03/15/2003 |
|       SW NW LESS 1.92 A IN SW SW NW:          |                          |
|                                               |Total Due                 |
+-----------------------------------------------+--------------------------+
|  Payor                    *** See History ***  | If Paid By 04/15/2003 |
| Status                                          |                          |
| -Taxing Units------Value/Units---Rate-+------Taxes---+Total Due            |
| C 001 GENERAL FUND        10.00000|      8.74 +------------------------+
|       HEALTH FUND          2.50000|      2.19 | If Paid By 05/15/2003 |
| S 018 GENERAL FUND        35.00000|     30.59 |                          |
|       BUILDING FUND        5.00000|      4.37 |Total Due                 |
|       SINKING FUND        19.20000|     16.78 +------------------------+
|       FOUR  MILL           4.00000|      3.50 | If Paid By 06/15/2003 |
| V 001 GENERAL FUND        10.00000|      8.74 |                          |
| Page  1 of  2 ---------------------+     79.28 |Total Due                 |
|                         Total Taxes+-------------+------------------------+
```

<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due

```
+------------------------------------------+---------------+------------------------+
|  Account                 374 | 1999| 1999/1999      366.0000| Date 03/09/2011 |
|    Geo No 2223N13E00000-000000 +-----+---------------+--------+----------------+
| ,Owner GARRETT, DELMER B & RUTH V     |Pd. 07/24/2000| Taxable Val        874 |
| Name   ROUTE 1 BOX 1481               |        83.26 |- Exemptions            |
|        RAMONA OK              74061    | 44675.0001 |Non Ex Value          874 |
|                                       +--------------+-+---------------------+
| Legal SECTION 22 TWNSHP 23N RANGE 13E        |   If Paid By 06/15/2003 |
|       SW NW LESS 1.92 A IN SW SW NW:         |                          |
|                                              |Total Due                 |
|----------------------------------------------+------------------------+
| Payor                      *** See History *** |  If Paid By 07/15/2003 |
| Status                                         |                        |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due          |
| C 001 GENERAL FUND           10.00000|        8.74 +------------------------+
|       HEALTH FUND             2.50000|        2.19 |  If Paid By 08/15/2003 |
| S 018 GENERAL FUND           35.00000|       30.59 |                        |
|       BUILDING FUND           5.00000|        4.37 |Total Due               |
|       SINKING FUND            6.44000|        5.63 +------------------------+
|       FOUR  MILL              4.00000|        3.50 |  If Paid By 09/15/2003 |
| V 001 GENERAL FUND           10.00000|        8.74 |                        |
| Page  1 of  2 -----------------------+            |Total Due               |
|                             Total Taxes+----------68.13+----------------------+
```

<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due

```
+------+----------------------------------------------------------------------------+
|      Account                   374 | 2000| 2000/2000    366.0000| Date 03/09/2011 |
|      Geo No 2223N13E00000-000000 +-----+---------------+--------+-----------------+
| Owner GARRETT, DELMER B & RUTH V   |Pd. 01/31/2001| Taxable Val          874 |
| Name  ROUTE 1 BOX 1481             |             68.57 |- Exemptions              |
|       RAMONA OK              74061 |    18419.0001 |Non Ex Value          874 |
|                                    +---------------+-+-----------------------+
| Legal SECTION 22 TWNSHP 23N RANGE 13E              |   If Paid By 05/15/2005 |
|       SW NW LESS 1.92 A IN SW SW NW:               |                         |
|                                                    |Total Due                |
|----------------------------------------------------+-------------------------+
| Payor                        *** See History ***   |   If Paid By 06/15/2005 |
| Status                                             |                         |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due                |
|C 001 GENERAL FUND      10.00000|       8.74 +-------------------------+
|      HEALTH FUND        2.50000|       2.19 |   If Paid By 07/15/2005 |
|S 018 GENERAL FUND      35.00000|      30.59 |                         |
|      BUILDING FUND      5.00000|       4.37 |Total Due                |
|      SINKING FUND       5.79000|       5.06 +-------------------------+
|      FOUR  MILL         4.00000|       3.50 |   If Paid By 08/15/2005 |
|V 001 GENERAL FUND      10.00000|       8.74 |                         |
| Page  1 of  2 ----------------------+      67.56 |Total Due                |
|                        Total Taxes+-------------+-------------------------+
```

<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due

```
+-----------------------------------------------------------------CB014+
| Account            374 | 2001| 2001/2001    366.0000| Date 03/09/2011 |
|  Geo No 2223N13E00000-000000 +-----+-------------+--------+-----------+
|.Owner GARRETT, DELMER B & RUTH V   |Pd. 01/02/2003| Taxable Val    874 |
|Name  ROUTE 1 BOX 1481              |        94.42 |- Exemptions        |
|      RAMONA OK            74061    | 13743.0003 |Non Ex Value      874 |
|                                    +------------+-+--------------------+
|Legal  SECTION 22 TWNSHP 23N RANGE 13E          |  If Paid By 03/15/2011 |
|       SW NW LESS 1.92 A IN SW SW NW:           |                        |
|                                                |Total Due               |
|------------------------------------------------+------------------------+
| Payor                   *** See History *** |  If Paid By 04/15/2011 |
|Status       CH COUNTY HELD                     |                        |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due          |
|C 001 GENERAL FUND       10.00000|      8.74 +-----------------------+
|      HEALTH FUND         2.50000|      2.19 |  If Paid By 05/15/2011 |
|S 018 GENERAL FUND       35.00000|     30.60 |                        |
|      BUILDING FUND       5.00000|      4.37 |Total Due               |
|      SINKING FUND        6.00000|      5.30 +-----------------------+
|      FOUR  MILL          4.00000|      3.49 |  If Paid By 06/15/2011 |
|V 001 GENERAL FUND       10.00000|      8.74 |                        |
|Page  1 of  2 ----------------------+     67.80 |Total Due               |
|                        Total Taxes+-------------+------------------------+
<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

```
+------------------------------------+-----+--------------+---------+------------------------+
|  Account               374 | 2002| 2002/2002       364.0000| Date 03/09/2011 |
|   Geo No 2223N13E00000-000000 +-----+--------------+--------+-----------------+
| Owner GARRETT, DELMER B & RUTH V   |Pd. 10/08/2003| Taxable Val          874 |
|Name   ROUTE 2 BOX 1481             |              |- Exemptions              |
|       RAMONA OK          74061     |  25411.0001  |Non Ex Value          874 |
|                                    +--------------+--+---------------------------+
|Legal SECTION 22 TWNSHP 23N RANGE 13E              |  If Paid By 03/15/2011 |
|      SW NW LESS 1.92 A IN SW SW NW:               |                        |
|      * INDIVIDUAL CERT #1313                      |Total Due               |
|---------------------------------------------------+------------------------+
| Payor                    *** See History ***      |  If Paid By 04/15/2011 |
|Status      IV INDIVIDUAL CERT.                    |                        |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due              |
|C 001 GENERAL FUND       10.00000|        8.74 +------------------------+
|      HEALTH FUND         2.50000|        2.19 |  If Paid By 05/15/2011 |
|S 018 GENERAL FUND       35.00000|       30.59 |                        |
|      BUILDING FUND       5.00000|        4.37 |Total Due               |
|      SINKING FUND       14.79000|       12.93 +------------------------+
|      FOUR  MILL          4.00000|        3.50 |  If Paid By 06/15/2011 |
|V 001 GENERAL FUND       10.00000|        8.74 |                        |
|Page  1 of  2 ------------------------+      75.43 |Total Due               |
|                          Total Taxes+-------------+------------------------+
<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

Case 4:11-cv-00168-GKF-tlw   Document 1 Filed in USDC ND/OK on 03/21/11   Page 42 of 49

```
+------------------------------+-----+--------------+----------+---------------------+
| Account              374 | 2003| 2003/2003      364.0000| Date 03/09/2011 |
|   Geo No 2223N13E00000-000000 +-----+--------------+----------+---------------------+
| Owner GARRETT, DELMER B & RUTH V    |Pd. 10/06/2004| Taxable Val         874 |
| Name  ROUTE 2 BOX 1481              |        95.29 |- Exemptions             |
|       RAMONA OK            74061     | 12348.0001 |Non Ex Value          874 |
|                                      +--------------+---------------------+
| Legal SECTION 22 TWNSHP 23N RANGE 13E |           If Paid By 03/15/2011 |
|       SW NW LESS 1.92 A IN SW SW NW:  |                                 |
|       REDEEMED 1/14/04                |Total Due                        |
+---------------------------------------+---------------------------------+
| Payor                     *** See History *** |    If Paid By 04/15/2011 |
| Status                                        |                          |
| -Taxing Units------Value/Units---Rate-+------Taxes---+Total Due           |
| C 001 GENERAL FUND        10.00000|       8.74 +---------------------+
|       HEALTH FUND          2.50000|       2.19 |   If Paid By 05/15/2011 |
| S 018 GENERAL FUND        35.00000|      30.59 |                          |
|       BUILDING FUND        5.00000|       4.37 |Total Due                 |
|       SINKING FUND        11.56000|      10.10 +---------------------+
|       FOUR  MILL           4.00000|       3.50 |   If Paid By 06/15/2011 |
| V 001 GENERAL FUND        10.00000|       8.74 |                          |
| Page  1 of  2 ----------------------+           |Total Due                 |
|                           Total Taxes+-------------+---------------------+
<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

Case 4:11-cv-00168-GKF-tlw   Document 1 Filed in USDC ND/OK on 03/21/11   Page 43 of 49

```
+------------------------------------------------------------------------------+
|  Account              374 | 2004| 2004/2004   26698.0000| Date 03/09/2011  |
|   Geo No 2223N13E00000-000000 +-----+------------+--------+-----------------+
|,Owner GARRETT, DELMER B & RUTH V   |Pd. 01/18/2005| Taxable Val       874 |
|'Name  38510   US 75 HWY            |       73.74 |- Exemptions            |
|       RAMONA                       |    7016.0002 |Non Ex Value       874 |
|       OK              74061        +--------------+-+-----------------------+
|Legal SW NW LESS 1.92 A IN SW SW NW:            | If Paid By 06/15/2007 |
|      IV REDEEMED 09/13/05                      |                       |
|                                                |Total Due              |
|------------------------------------------------+-----------------------+
| Payor                      *** See History *** | If Paid By 07/15/2007 |
|:Status                                         |                       |
|-Taxing Units------Value/Units---Rate-+------Taxes---+Total Due          |
|C 001 GENERAL FUND     10.00000|      8.74 +-----------------------+
|      HEALTH FUND       2.50000|      2.19 | If Paid By 08/15/2007 |
|S 018 GENERAL FUND     35.00000|     30.59 |                       |
|      BUILDING FUND     5.00000|      4.37 |Total Due              |
|      SINKING FUND     11.61000|     10.15 +-----------------------+
|      FOUR  MILL        4.00000|      3.50 | If Paid By 09/15/2007 |
|I 018 SCH       FUND 01  .00000|           |                       |
|Page  1 of  2 ------------------------+     72.65 |Total Due              |
|                          Total Taxes+------------+-----------------------+
<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due
```

Case 4:11-cv-00168-GKF-tlw   Document 1 Filed in USDC ND/OK on 03/21/11   Page 44 of 49

```
+------------------------------+-----+-----+-----+----------+--------+---------------------+
| Account              374 | 2005| 2005|45/2005  16618.0000| Date 03/09/2011 |
| Geo No 2223N13E00000-000000 +-----+-----+-----+----------+--------+---------------------+
| Owner GARRETT, DELMER B & RUTH V  |Pd. 10/06/2006| Taxable Val        874 |
| Name  38510   US 75 HWY           |          96.03 |- Exemptions             |
|       RAMONA                      |  24928.0033 |Non Ex Value        874 |
|       OK                 74061    +--------------+-+---------------------+
| Legal SW NW LESS 1.92 A IN SW SW NW:         | If Paid By 03/15/2011 |
|       Sec:22 Twnshp:23N Range:13E            |                       |
|                                              |Total Due              |
+----------------------------------------------+-----------------------+
| Payor                 *** See History ***    | If Paid By 04/15/2011 |
| Status     IV INDIVIDUAL CERT.               |                       |
|Taxing Units------Value/Units---Rate-+------Taxes---+Total Due          |
|C 001 GENERAL FUND       10.00000|       8.74 +---------------------+
|      HEALTH FUND         2.50000|       2.19 | If Paid By 05/15/2011 |
|S 018 GENERAL FUND       35.00000|      30.59 |                       |
|      BUILDING FUND       5.00000|       4.37 |Total Due              |
|      SINKING FUND        5.72000|       5.00 +---------------------+
|      FOUR  MILL          4.00000|       3.50 | If Paid By 06/15/2011 |
|I 018 SCH       FUND 01    .00000|            |                       |
|Page  1 of  2 -------------------+      67.50 |Total Due              |
+---------------------------Total Taxes+-------------+---------------------+
```

<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due

```
+------------------------------------------------+-------CB014+
| Account          374 | 2006| 2006/2006   9756.0000| Date 03/09/2011 |
|  Geo No 2223N13E00000-000000 +-----+------------+--------+----------------+
|Owner GARRETT, DELMER B & RUTH V |Pd. 10/09/2007| Taxable Val       874 |
|Name  38510   US 75 HWY          |        98.77 |- Exemptions           |
|      RAMONA                     | 24952.0006 |Non Ex Value         874 |
|      OK              74061      +------------+--+----------------------+
|Legal SW NW LESS 1.92 A IN SW SW NW:       |   If Paid By 03/15/2011 |
|      38.08 AC Sec:22 Twnshp:23N           |                         |
|      Range:13E                            |Total Due                |
|-------------------------------------------+-------------------------+
| Payor                                     |   If Paid By 04/15/2011 |
| Status                                    |                         |
|--Taxing Units------Value/Units---Rate-+------Taxes---+Total Due      |
|C 001 GENERAL FUND        10.00000|       8.74 +----------------------+
|      HEALTH FUND          2.50000|       2.19 |   If Paid By 05/15/2011 |
|S 018 GENERAL FUND        35.00000|      30.59 |                         |
|      BUILDING FUND        5.00000|       4.37 |Total Due                |
|      SINKING FUND         7.69000|       6.72 +----------------------+
|      FOUR  MILL           4.00000|       3.50 |   If Paid By 06/15/2011 |
|I 018 SCH      FUND 01      .00000|     .      |                         |
|Page  1 of  2 --------------------+      69.22 |Total Due                |
+                       Total Taxes+------------+-------------------------+
```
<F1>Nxt <F2>Prv <F3>Hst <F4>Dlq <F5>Bill <F6>Dist <F7>Date <Return>Nxt Due

Make Checks Payable to CIKF-tlw        Document 1 Filed in USDC ND/OK on 09/21/12   Page 46

WASHINGTON COUNTY TREASURER **Taxpayer Copy**

**BRAD JOHNSON**

| Breakdown | Mills | Amount |
|---|---|---|
| COUNTY GENERAL | 10.00 | 8.74 |
| COUNTY HEALTH | 2.50 | 2.19 |
| VO-TECH GENERAL | 10.00 | 8.74 |
| VO-TECH BUILDING | 5.00 | 4.37 |
| VO-TECH SINKING | | |
| COUNTY WIDE 4-MIL | 4.00 | 3.50 |
| SCHOOL DIST GEN. | 35.00 | 30.59 |
| SCHOOL DIST BLDG | 5.00 | 4.37 |
| SCHOOL DIST SINK. | 6.63 | 5.79 |
| TOTALS | 78.13 | 68.29 |

| School Dist / Tax Year | | Account # |
|---|---|---|
| 018 | 2007 | 374 |

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

| | Values |
|---|---|
| Gross Assessed | 874 |
| Exemptions | 0 |
| Net Assessed | 874 |
| Total Tax | **68.29** |
| Total Tax Payments | 68.29 |

JJW

US 75

CANEY VALLEY RURAL I-18

**Real Estate**

**None Due**      $0.00

Legal Description:
**US 75**
38.08 Acres
SW NW LESS 1.92 A IN SW SW NW: 38.08 AC Sec:22 Twnshp:23N
Range:13E IV REDEEMED 12/31/07

Owner 7540848

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

---

Retain this portion for your records or when paying in person bring entire statement

---

**BRAD JOHNSON**

WASHINGTON COUNTY TREASURER

**Real Estate**
US 75

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2007 | 374 |

---

**PAID IN FULL**
Real Estate
**Tax Receipt**

**BRAD JOHNSON**

WASHINGTON COUNTY TREASURER

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

US 75

38.08 Acres
SW NW LESS 1.92 A IN SW SW NW: 38.08 AC Sec:22
Twnshp:23N Range:13E IV REDEEMED 12/31/07

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2007 | 374 |

Payment Enclosed

| Payments | |
|---|---|
| Total Tax Due | 68.29 |
| Penalty | 11.27 |
| Mail | 10.32 |
| Advertising | 10.00 |
| Total | 99.88 |
| Payment | 99.88 |
| Tax Balance Due | |

Owner 7540848

2010R

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

Enter Address Changes Here

PAID IN FULL

Payment on 12/11/08 with CASH
on Receipt 100232 for Taxes
GARRETT, DELMER B & RUTH V

Run: 3/09/11  9:47:53

DELINQUENT TAX. Late PENALTY is 1.5% per month until Paid.

W  M  Deputy

Case 4:11-cv-00037-GKF-tlw   Document 1 Filed in USDC ND/OK on 01/21/11   Page 47 of 49

## Taxpayer Copy

| | | School Dist | Tax Year | Account # |
|---|---|---|---|---|
| WASHINGTON COUNTY TREASURER | | 018 | 2008 | 374 |

**BRAD JOHNSON**

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

| Breakdown | Mills | Amount |
|---|---|---|
| COUNTY GENERAL | 10.00 | 8.74 |
| COUNTY HEALTH | 2.50 | 2.19 |
| VO-TECH GENERAL | 10.00 | 8.74 |
| VO-TECH BUILDING | 5.00 | 4.37 |
| COUNTY WIDE 4-MIL | 4.00 | 3.50 |
| SCHOOL DIST GEN. | 35.00 | 30.59 |
| SCHOOL DIST BLDG | 5.00 | 4.37 |
| SCHOOL DIST SINK. | 6.13 | 5.36 |
| TOTALS | 77.63 | 67.86 |

| | Values |
|---|---|
| Gross Assessed | 874 |
| Exemptions | 0 |
| Net Assessed | 874 |
| Total Tax | 67.86 |
| Total Tax Payments | 67.86 |

US 75                    22-23N-13E

JJW

CANEY VALLEY RURAL I-18

**Real Estate**

**None Due**   $0.00

Legal Description:
US 75
SW NW LESS 1.92 A IN SW SW NW: 38.08 AC Sec:22 Twnshp:23N
Range:13E

Owner   374

GARRETT, DELMER B & RUTH V
38510 US 75 HWY
RAMONA OK 74061-0000

Retain this portion for your records or when paying in person bring entire statement

---

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2008 | 374 |

**BRAD JOHNSON**

**Real Estate**
US 75

WASHINGTON COUNTY TREASURER

---

## PAID IN FULL

Real Estate
Tax Receipt
US 75

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2008 | 374 |

Payment Enclosed

**BRAD JOHNSON**

WASHINGTON COUNTY TREASURER

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

SW NW LESS 1.92 A IN SW SW NW: 38.08 AC Sec:22
Twnshp:23N Range:13E

| Payments | |
|---|---|
| Total Tax Due | 67.86 |
| Penalty | 25.45 |
| Mail | 10.54 |
| Advertising | 10.00 |
| Total | 113.85 |
| Payment | 113.85 |
| Tax Balance Due | |

Owner   374

2010R

GARRETT, DELMER B & RUTH V
38510 US 75 HWY
RAMONA OK 74061-0000

Enter Address Changes Here

PAID IN FULL

Payment on 2/14/11 with CHECK
on Receipt 48206 for Taxes
GARRETT, DELMER B & RUTH V
Check# 3092

Run: 3/09/11  9:47:53        DELINQUENT TAX. Late PENALTY is 1.5% per month until Paid.        W  M  Deputy____

WASHINGTON COUNTY TREASURER  
**BRAD JOHNSON**

**Taxpayer Copy**

| | School Dist | Tax Year | Account # |
|---|---|---|---|
| | 018 | 2009 | 374 |

400 S JOHNSTONE  
BARTLESVILLE, OK 74003  
PHONE (918) 337-2810

| Breakdown | Mills | Amount |
|---|---|---|
| COUNTY GENERAL | 10.00 | 8.84 |
| COUNTY HEALTH | 2.50 | 2.19 |
| VO-TECH GENERAL | 10.00 | 8.74 |
| VO-TECH BUILDING | 5.00 | 4.37 |
| COUNTY WIDE 4-MIL | 4.00 | 3.50 |
| SCHOOL DIST GEN. | 35.00 | 30.59 |
| SCHOOL DIST BLDG | 5.00 | 4.37 |
| SCHOOL DIST SINK. | 6.18 | 5.40 |
| TOTALS | 77.68 | 68.00 |

| | Values |
|---|---|
| Gross Assessed | 874 |
| Exemptions | 0 |
| Net Assessed | 874 |
| Total Tax | 68.00 |
| Total Tax Payments | 68.00 |

US 75 HWY

22-23N-13E

CANEY VALLEY RURAL I-18

**Real Estate**

JJW

**None Due**  |  **$0.00**

Legal Description:  
US 75 HWY  
SW NW LESS 1.92 A IN SW SW NW: 38.08 AC Sec:22 Twnshp:23N Range:13E

Owner  374

GARRETT, DELMER B & RUTH V  
38510  US 75 HWY  
RAMONA OK 74061-0000

Retain this portion for your records or when paying in person bring entire statement

---

**BRAD JOHNSON**  
WASHINGTON COUNTY TREASURER

**Real Estate**  
US 75 HWY

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2009 | 374 |

---

**PAID IN FULL**  
Real Estate  
**Tax Receipt**  
US 75 HWY

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2009 | 374 |

**BRAD JOHNSON**

WASHINGTON COUNTY TREASURER

400 S JOHNSTONE  
BARTLESVILLE, OK 74003  
PHONE (918) 337-2810

SW NW LESS 1.92 A IN SW SW NW: 38.08 AC Sec:22  
Twnshp:23N Range:13E

Payment Enclosed

| Payments | |
|---|---|
| Total Tax Due | 68.00 |
| | |
| | |
| Total | 68.00 |
| Payment | 68.00 |
| Tax Balance Due | |

Owner  374

2010R

GARRETT, DELMER B & RUTH V  
38510  US 75 HWY  
RAMONA OK 74061-0000

Enter Address Changes Here

PAID IN FULL

Payment on 12/03/09 with CASH  
on Receipt 4101 for Taxes  
GARRETT, DELMER B & RUTH V

Run: 3/09/11  9:47:53

DELINQUENT TAX. Late PENALTY is 1.5% per month until Paid.

W M  Deputy_____

Case Case 4:13-cv-00658-GKF-tlw   Document 1 Filed in USDC ND/OK on 10/31/13   Page 49 of 49

WASHINGTON COUNTY TREASURER
**BRAD JOHNSON**

**Taxpayer Copy**

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2010 | 374 |

400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

| Breakdown | Mills | Amount |
|---|---|---|
| COUNTY GENERAL | 10.44 | 9.34 |
| COUNTY HEALTH | 2.61 | 2.28 |
| VO-TECH GENERAL | 10.44 | 9.12 |
| VO-TECH BUILDING | 5.22 | 4.56 |
| COUNTY WIDE 4-MIL | 4.17 | 3.64 |
| SCHOOL DIST GEN. | 36.74 | 32.11 |
| SCHOOL DIST BLDG | 5.25 | 4.59 |
| SCHOOL DIST SINK. | 6.13 | 5.36 |
| TOTALS | 81.00 | 71.00 |

| | Values |
|---|---|
| Gross Assessed | 874 |
| Exemptions | 0 |
| Net Assessed | 874 |
| Total Tax | 71.00 |
| Total Tax Payments | 0.00 |

Penalty thru 3/15/11 $2.13

US 75 HWY (38.08 Acres)   22-23N-13E

CANEY VALLEY RURAL I-18

**Real Estate**

JJW

**Total Due** | **$73.13**

Legal Description:
US 75 HWY (38.08 Acres)
SW NW LESS 1.92 A IN SW SW NW: 38.08 AC Sec:22 Twnshp:23N Range:13E

Owner · 374

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

Retain this portion for your records or when paying in person bring entire statement

---

**BRAD JOHNSON**
WASHINGTON COUNTY TREASURER

Real Estate
US 75 HWY (38.08 Acres)

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2010 | 374 |

---

**Full Payment**
Real Estate
**Delinquent Tax**
US 75 HWY (38.08 Acres)

| School Dist | Tax Year | Account # |
|---|---|---|
| 018 | 2010 | 374 |

**BRAD JOHNSON**
WASHINGTON COUNTY TREASURER
400 S JOHNSTONE
BARTLESVILLE, OK 74003
PHONE (918) 337-2810

SW NW LESS 1.92 A IN SW SW NW: 38.08 AC Sec:22
Twnshp:23N Range:13E

Payment Enclosed

| Payments | |
|---|---|
| Tax | 71.00 |
| Penalty | 2.13 |
| Mail | |
| Lien | |
| Advertising | |
| Other | |
| Total | 73.13 |

Owner   374

GARRETT, DELMER B & RUTH V
38510  US 75 HWY
RAMONA OK 74061-0000

Enter Address Changes Here

Return this stub with
FULL payment

Run: 3/09/11  9:47:53

DELINQUENT TAX. Late PENALTY is 1.5% per month until Paid.

W  M  Deputy_____